IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUROOPTIC LTD., | No. 4:24-CV-02150 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| W.L. GORE & ASSOCIATES, INC., d/b/a/ SITKA GEAR, | |
| Defendant. | |

# ORDER

**MAY 2, 2025**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant W.L. Gore & Associates, Inc.'s Motion to Dismiss (Doc. 6) is **GRANTED IN PART AND DENIED IN PART**:

   a. The unjust enrichment claim as to the unpaid credits is **DISMISSED WITHOUT PREJUDICE**;

   b. The Motion to Dismiss is **OTHERWISE DENIED**;

2. Plaintiff may file an amended complaint no later than May 16, 2025;

3. Defendant W.L. Gore & Associates, Inc.'s Motion for Sanctions (Doc. 15) is **DENIED WITHOUT PREJUDICE**; and

4.  Plaintiff EuroOptic Ltd.'s Motion to Strike (Doc. 16) is **DENIED AS MOOT**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge